IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH BIRCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-799 JJF |
| ) | |
| E.I. DUPONT DE NEMOURS ) | |
| & CO., INC., ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 28 day of November, 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge