IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH BIRCH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-799 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. DUPONT DE NEMOURS | ) | |
| & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, Defendant E. I. du Pont de Nemours and Company, by and through its undersigned attorneys, hereby certifies as follows:

Defendant E. I. du Pont de Nemours and Company ("DuPont") is a publicly traded corporation organized and existing under the laws of the State of Delaware. DuPont has no parent company or corporation that owns 10% or more of DuPont's stock.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (I.D.# 2395)
Sarah E. DiLuzio (I.D. # 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorneys for Defendant*
*E.I. du Pont de Nemours and Company*

Of Counsel:

Evelyn H. Brantley (#3380)
E. I. du Pont de Nemours and Company
DuPont Legal, D7146
1007 Market Street
Wilmington, Delaware 19898
(302) 773-0369

Dated: June 21, 2006
737856

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on June 21, 2006, I electronically filed true and correct copies of the foregoing DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via first class mail two copies to the plaintiff at the following address:

> Joseph Birch, *Pro Se*
> 66 Hetton Court
> Glassboro, NJ 08028

_____
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

737856