
Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

January 26, 2007

**By E-File**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

      Re:    Joseph Birch v. E. I. du Pont de Nemours and Company,
             C.A. No. 05-799 (JJF)

Dear Judge Farnan:

      I write on behalf of the Defendant in the above-reference action, E. I. du Pont de Nemours and Company ("DuPont"), to respectfully request a scheduling teleconference with the Court.

      Plaintiff, appearing pro se, filed a Complaint in this action on November 17, 2005, asserting claims under Title VII of the Civil Rights Act of 1964. DuPont responded by Answer on June 20, 2006, denying that plaintiff was subject to any discrimination while an employee of DuPont. There has been no further activity in the case. DuPont seeks a scheduling order to ensure the efficient resolution of this action.

      Counsel are available at the Court's convenience if Your Honor has any questions.

                                      Respectfully,

                                      Sarah E. DiLuzio
                                      (DE Bar I.D. 4085)

cc: Joseph Birch (by U.S. mail)
774732/20120-366