# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

February 22, 2007

Joseph Birch
66 HettonCourt
Glassboro, NJ 08028

Sarah Elizabeth DiLuzio, Esquire
Potter Anderson Corroon, LLP
P. O. Box 951
Wilmington, DE 19899-0951

       RE:   Birch v. E. I. DuPont de Nemours & Co. Inc.
               Civil Action No. 05-799 JJF

Dear Mr. Birch and Counsel:

      Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that Plaintiff and counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Friday, March 16, 2007**.

      Attached is a sample form of Order which should serve as a basis for your discussions. The Court schedules jury trials to commence within sixteen (16) months from the date of filing. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date the case was filed. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

      If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

                                     Sincerely,

                                     JOSEPH J. FARNAN, JR.

JJFjr:dk
Attachment
cc: Clerk, U.S. District Court