

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

March 15, 2007

**ELECTRONIC FILING via CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

> Re: **Joseph Birch v. E. I. du Pont de Nemours and Company, Inc.,
> C.A. No. 05-799-JJF**

Dear Judge Farnan:

      Pursuant to the Court's letter of February 22, 2007, enclosed please find the parties' proposed scheduling order. The parties are in agreement with respect to the details and dates set forth in the proposed order.

      Respectfully,

      */s/ Sarah DiLuzio*

      Sarah E. DiLuzio
      (Delaware Bar I.D. 4085)

Enclosure

cc: Clerk of the Court (Electronic filing via CM/ECF)
    Joseph Birch (via U.S. mail)

783525