IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH BIRCH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-799 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. DUPONT DE NEMOURS & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)

Defendant E. I. du Pont de Nemours and Company ("DuPont"), by and through their undersigned attorneys, hereby makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

(A)   Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, and the subjects of the information:

**Response:**

| Individual | Areas of Knowledge |
|---|---|
| Joseph Birch | All aspects of Plaintiff's claims. |

As a current employees of DuPont or one or more of its parent, subsidiary and/or affiliate corporations, the following individuals may not be contacted, except through the undersigned counsel:

| Michael Hamlet | Plaintiff's performance, knowledge, skills and abilities during certain portions of his employment with Defendant. |
| | Plaintiff's resignation of his position with Defendant. |
| | Decision to reconsider Plaintiff's resignation and Plaintiff's |

| | |
|---|---|
| | rejection of same. |
| James Collings | Plaintiff's resignation of his position with Defendant. |
| | Decision to reconsider Plaintiff's resignation and Plaintiff's rejection of same. |
| | Plaintiff's post-employment complaint of discrimination. |
| Helen Connon | Plaintiff's resignation of his position with Defendant. |
| | Decision to reconsider Plaintiff's resignation and Plaintiff's rejection of same. |
| Charles Schussler | Plaintiff's resignation of his position with Defendant. |
| | Decision to reconsider Plaintiff's resignation and Plaintiff's rejection of same. |
| | Plaintiff's post-employment complaint of discrimination. |
| Gregory Harris | Plaintiff's resignation of his position with Defendant. |
| | Plaintiff's post-employment complaint of discrimination. |
| Winona Wagner | Plaintiff's performance, knowledge, skills and abilities during certain portions of his employment with Defendant. |
| Tucker Norton | Plaintiff's performance, knowledge, skills and abilities during certain portions of his employment with Defendant. |

(B) Documents, data, compilations and tangible things in the possession, custody, or control of Defendant that Defendant may use to support its claims or defenses:

**Response:**

1. Documents related to Plaintiff's employment with DuPont.
2. Materials related to Plaintiff's EEOC Charge of Discrimination.
3. Plaintiff's personnel file, including performance-related documentation.

    4.    Contemporaneous notes of meetings with Plaintiff.

    5.    Plaintiff's job description and duties.

(C)    A computation of any category of damages claimed by Defendant:

**Response:**    None.

(D)    Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action, or to indemnify or reimburse defendant for payments made to satisfy the judgment:

**Response:**    None.

POTTER ANDERSON & CORROON LLP

By: _/s/ Sarah E. DiLuzio_
Kathleen Furey McDonough (I.D.# 2395)
Sarah E. DiLuzio (I.D. # 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Telefax: (302) 658-1192
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

Of Counsel:

Evelyn H. Brantley (#3380)
E. I. du Pont de Nemours and Company
DuPont Legal, D7146
1007 Market Street
Wilmington, Delaware 19898
(302) 773-0369

Dated: May 3, 2007
790141/2012-366

*Attorneys for Defendant*
*E.I. du Pont de Nemours and Company*