## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on May 3, 2007, I electronically filed true and correct copies of the foregoing DEFENDANT'S INITIAL DISCLOSURES with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via first class mail two copies to the plaintiff at the following address:

> Joseph Birch, *Pro Se*
> 66 Hetton Court
> Glassboro, NJ 08028

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

790141