## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio hereby certifies this 17th day of July, 2007, that DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

> Joseph Birch, *Pro Se*
> 66 Hetton Court
> Glassboro, NJ 08028

> /s/ Sarah E. DiLuzio
> Sarah E. DiLuzio (DSB ID No. 4085)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Post Office Box 951
> Wilmington, Delaware  19899-0951
> Tel:  (302) 984-6000
> E-mail: sdiluzio@potteranderson.com