## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio hereby certifies this 17th day of July, 2007, that DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF, was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

Joseph Birch, *Pro Se*
66 Hetton Court
Glassboro, NJ 08028


/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com