IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH BIRCH, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-799 (JJF) |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. DUPONT DE NEMOURS | ) | |
| & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF PLAINTIFF'S DEPOSITION

TO:       Mr. Joseph Birch, *Pro Se*
          66 Hetton Court
          Glassboro, NJ  08028

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30, commencing on **August 28, 2007 at 10:00 a.m.**, your deposition upon oral examination will be taken before a notary public or duly authorized officer authorized to administer oath, at the offices of Potter Anderson & Corroon LLP, 1313 North Market Street, Hercules Plaza – 6th Floor, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that the deposition will continue from day to day until completed.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah DiLuzio
Kathleen Furey McDonough (I.D. # 2395)
Sarah E. DiLuzio (I.D. # 4085)
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Telefax:  (302) 658-1192
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com
*Attorneys for Defendant*
*E.I. du Pont de Nemours and Company*

Of Counsel:

Evelyn H. Brantley (#3380)
E. I. du Pont de Nemours and Company
DuPont Legal, D7146
1007 Market Street
Wilmington, Delaware 19898
(302) 773-0369

Dated:  August 14, 2007
807791/20120-366