## CERTIFICATE OF SERVICE

I, Sarah Elizabeth DiLuzio, hereby certify this 14th day of August, 2007, that the foregoing **DEFENDANT'S NOTICE OF PLAINTIFF'S DEPOSITION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent via Federal Express to the following:

>Joseph Birch, *Pro Se*
>66 Hetton Court
>Glassboro, NJ 08028

*/s/ Sarah E. DiLuzio*
Sarah Elizabeth DiLuzio (Del. Bar #4085)
Potter Anderson & Corroon, LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6042 (Telephone)
(302) 658-1192 (Facsimile)
sdiluzio@potteranderson.com (Email)

807791