

**Potter
Anderson
&Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

August 29, 2007

**ELECTRONIC FILING via CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    **Joseph Birch v. E. I. du Pont de Nemours and Company, Inc.,
C.A. No. 05-799-JJF**

Dear Judge Farnan:

    Enclosed please find a courtesy copy of Defendant's Motion to Dismiss Or, In The Alternative, To Compel which was filed and served on Tuesday, August 28, 2007.

    Respectfully,

    */s/ Sarah DiLuzio*

    Sarah E. DiLuzio
    (Delaware Bar I.D. 4085)

SED/rb
Enclosure

cc:  Clerk of the Court (Electronic filing via CM/ECF)
     Joseph Birch (via U.S. mail)

815618