Joseph Will Birch
66 Hetton Court
Glassboro, New Jersey 08028

RECEIVED
SEP _ 6 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
District Of Delaware
844 King Street
Wilmington, Delaware 19801
Re: Joseph Birch v. E. I. du Pont de Nemours and Company, Inc.,
C.A. No. 05-799-JJF

Dear Judge Farnan:

I am contacting you to request more time in preparation of my case against DuPont Co. Inc. Fermentation Research Facility.

Witnesses which had been established to represent me in this case have been deterred and distracted.

It is to my understanding, "DuPont Officials" have required all colleagues and co-workers that worked in the laboratory with me and personnel who had any association with me sign a letter or form yielding them to not have any further correspondence and/or communication.

I was informed of this by one of the potential witnesses for my case.

As such, it has been difficult to maintain the schedule which the defendants' counsel have presented and outlined.

I do understand the urgency to move forward expeditiously, and certainly apologize for any inconvenience resulted.

To date, I have secured representation that is still performing review of my case.

Thank you for your time and consideration concerning this matter.

Joseph Will Birch

# USPS Express Mail Label

**PRESS HARD. YOU ARE MAKING 3 COPIES.**

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 08045
- Date Accepted: 05 / 09 / 07 (Mo/Day/Year)
- Time Accepted: 6 (AM/PM)
- Flat Rate ☒ or Weight: 2 lbs. ___ ozs.

- Day of Delivery: Next ☐  2nd ☐  2nd Del. Day ☐
- Scheduled Date of Delivery: Month 9  Day ___
- Scheduled Time of Delivery: ☐ Noon  ☐ 3 PM
- Military: ☐ 2nd Day  ☐ 3rd Day
- Int'l Alpha Country Code: ___

- Postage: $16.25
- Return Receipt Fee: $
- COD Fee: $
- Insurance Fee: $
- Total Postage & Fees: $16.25
- Acceptance Emp. Initials: ___

**FROM: (PLEASE PRINT)** PHONE ( 856 ) 863-5560

Joseph Birch
66 Netton Court
Glassboro, N.J. 08028

Label: EB 212127199 US

**TO: (PLEASE PRINT)** PHONE ( ___ )

The Honorable Joseph J. Farnan Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware

ZIP+4: 1 9 8 0 1 + ___

**CUSTOMER USE ONLY**
- Federal Agency Acct. No. or Postal Service Acct. No.: ___

NO DELIVERY ☐ Weekend ☐ Holiday

Waiver of Signature (Domestic Mail Only)

**DELIVERY (POSTAL USE ONLY)**
- Delivery Attempt: Mo. / Day  Time ☐ AM ☐ PM  Employee Signature
- Delivery Attempt: Mo. / Day  Time ☐ AM ☐ PM  Employee Signature
- Delivery Date: Mo. / Day  Time ☐ AM ☐ PM  Employee Signature

U.S. POSTAGE PAID
LAWNSIDE, NJ 08045
SEP 05, '07
AMOUNT
$16.25
00015495-03

**RECEIVED SEP -6 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811



EP13F