## CERTIFICATE OF SERVICE

I, Sarah Elizabeth DiLuzio, hereby certify this 9th day of October, 2007, that the foregoing **DEFENDANT'S RE-NOTICE OF PLAINTIFF'S DEPOSITION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent via Federal Express to the following:

> Joseph Birch, *Pro Se*
> 66 Hetton Court
> Glassboro, NJ 08028

> _/s/ Sarah E. DiLuzio_
> Sarah Elizabeth DiLuzio (Del. Bar #4085)
> Potter Anderson & Corroon, LLP
> Hercules Plaza, Sixth Floor
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE  19899
> (302) 984-6042 (Telephone)
> (302) 658-1192 (Facsimile)
> sdiluzio@potteranderson.com (Email)

821559