Joseph Will Birch
66 Hetton Court
Glassboro, New Jersey 08028

Oct 16, 2007

RECEIVED
OCT 18 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
District Of Delaware
844 King Street
Wilmington, Delaware 19801
Re: Joseph Birch v. E. I. du Pont de Nemours and Company, Inc.,
C.A. No. 05-799-JJF

Dear Judge Farnan:

This letter is written to extend my thanks for thus your granting me more time to provide my case against DuPont Co. Inc. Fermentation Research facility.

I will work expeditiously to make the new imposed deadlines to present my case.

Thank you again.

*Joseph Will Birch*

Joseph Birch
66 Helton Court
Glassboro, N.J. 08028

SOUTH JERSEY MD 080
17 OCT 2007 PM 4 L

The Honorable Joseph J. Farnan Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

19801+35513