Joseph Will Birch
66 Hetton Court
Glassboro, New Jersey 08028

RECEIVED
OCT 2 5 2007

October 24, 2007

Sarah E. Diluzio
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
**Re: NOTICE OF PLAINTIFFS' DEPOSITION**
**C.A. No. 05-799 (JJF)**

Dear Ms. Diluzio:

This letter is written concerning today's scheduled Plaintiffs' Deposition. I am unable to participate with the scheduled proceedings due to the fact that I have my two sons to care for.

I would appreciate your being inclusive of my scheduling needs before moving forward with abstract dates to which I am unable to concur due to my obligation to my children.

I have availability to initiate Plaintiffs' Deposition starting Monday October 29, 2007.

Please advise to whether this date accommodates your schedule.

Thank you for your time and attention concerning this matter.

Joseph Will Birch

Joseph W. Birch
66 Newton Court
Glassboro, N.J. 08028

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
Lockbox # 18
844 King Street
Wilmington, Delaware 19801



SOUTH JERSEY
24 OCT 2007