# EXHIBIT A



|  | Phone          Fax |
|---|---|
|  | Street Address City, ST 00000 |

# FAX

| **To:** | Sarah Diluzio | **From:** | Joseph Birch |
|---|---|---|---|
| **Fax:** | 3026581192 | **Pages:** | 2 |
| **Phone:** | 3029846000 | **Date:** | 102407 |
| **Re:** | Notice Of Plaintiffs' Deposition | **CC:** | U.S. District Court, District Of Delaware |

☑ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply

Ms. Diluzio,

Please find via fax a statement regarding today's scheduled Deposition. Thank you.

*[signature]*
Joseph Will Birch

Joseph Will Birch
66 Hetton Court
Glassboro, New Jersey 08028

October 24, 2007

Sarah E. Diluzio
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Re: **NOTICE OF PLAINTIFFS' DEPOSITION**

Dear Ms. Diluzio:

This letter is written concerning today's scheduled Plaintiffs' Deposition. I am unable to participate with the scheduled proceedings due to the fact that I have my two sons to care for.

I would appreciate your being inclusive of my scheduling needs before moving forward with abstract dates to which I am unable to concur due to my obligation to my children.

I have availability to initiate Plaintiffs' Deposition starting Monday October 29, 2007.

Please advise to whether this date accommodates your schedule.

Thank you for your time and attention concerning this matter.

*Joseph Will Birch*

# EXHIBIT B

**FedEx Express**

Dominican Republic Home

Español

Information Center | C

Search

Shipping | Services / Tools

Ship | Track | Manage My Account | Customs Tools

## Track Shipments
### Detailed Results

Printable Version   Quick Help

You can also track:

- Track by Ema

| | | | |
|---|---|---|---|
| **Tracking number** | 727026891322 | **Reference** | SED/20120-366/ARC |
| **Signed for by** | Signature release on file | | |
| **Ship date** | Oct 24, 2007 | **Destination** | GLASSBORO, NJ |
| **Delivery date** | Oct 25, 2007 9:32 AM | **Delivered to** | Residence |
| | | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

Now you can

Find the Fe dropoff loc

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Oct 25, 2007** | 9:32 AM | **Delivered** | GLASSBORO, NJ | Left at front door. Package delivered to recipient address - release authorized |
| | 8:40 AM | On FedEx vehicle for delivery | BELLMAWR, NJ | |
| | 6:37 AM | At local FedEx facility | BELLMAWR, NJ | |
| **Oct 24, 2007** | 11:45 PM | At local FedEx facility | PHILADELPHIA, PA | |
| | 8:39 PM | At dest sort facility | PHILADELPHIA, PA | |
| | 8:03 PM | Left origin | NEW CASTLE, DE | |
| | 5:28 PM | Picked up | NEW CASTLE, DE | |
| | 1:25 PM | Package data transmitted to FedEx | | |

Signature proof | E-mail results | Track more shipments

Subscribe to tracking updates (optional)

Your Name: [          ]    Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ■ | ☐ |
| | English | ■ | ☐ |
| | English | ■ | ☐ |

**Brown, Regina**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, October 25, 2007 9:37 AM |
| **To:** | Brown, Regina |
| **Subject:** | FedEx Shipment 727026891322 Delivered |

This tracking update has been requested by:

Company Name:          Potter Anderson & Corroon LLP
Name:                  Kenny Hayden
E-mail:                RBROWN@POTTERANDERSON.COM


Our records indicate that the following shipment has been delivered:

Reference:                      SED/20120-366/ARC
Ship (P/U) date:                Oct 24, 2007
Delivery date:                  Oct 25, 2007 9:32 AM
Sign for by:                    Signature Release on file
Delivered to:                   Residence
Service type:                   FedEx Priority Overnight
Packaging type:                 FedEx Envelope
Number of pieces:               1
Weight:                         0.50 lb.
Special handling/Services:      Residential Delivery
                                Deliver Weekday

Tracking number:                727026891322


Shipper Information                 Recipient Information
Kenny Hayden                        JOSEPH BIRCH, pro se
Potter Anderson & Corroon LLP       66 HETTON COURT
1313 N Market St FL 6               GLASSBORO
Wilmington                          NJ
DE                                  US
US                                  08028
19801


Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:36 AM CDT
on 10/25/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

10/30/2007

# EXHIBIT C

## DiLuzio, Sarah E.

**From:** Joseph Will Birch [birchjw@comcast.net]
**Sent:** Tuesday, October 30, 2007 8:48 AM
**To:** DiLuzio, Sarah E.
**Subject:** Re: C.A. No. 05-799 (JJF) Plaintiff Deposition

Ms. Diluzio,

I am writing because I did not receive any correspondence from you concerning the deposition re-scheduling I forwarded over to you via fax and U.S. Mail on Wednesday Oct. 24, 2007. I have availability only on Mondays and would once again re-schedule "Plaintiff Deposition" on Monday November 05, 2007 at 11:00AM. Location will be at the following address: 701 Texas Avenue Glassboro, New Jersey 08028. Please feel free to contact me for driving directions. (856) 863-5560. Thank you for your time and attention concerning this matter.

Joseph Will Birch

## CERTIFICATE OF SERVICE

I, Sarah Elizabeth DiLuzio, hereby certify this 30th day of October, 2007, that the foregoing **RENEWED MOTION TO DISMISS** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent via Federal Express to the following:

Joseph Birch, *Pro Se*
66 Hetton Court
Glassboro, NJ 08028

_____
Sarah Elizabeth DiLuzio (Del. Bar #4085)
Potter Anderson & Corroon, LLP
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6042 (Telephone)
(302) 658-1192 (Facsimile)
sdiluzio@potteranderson.com (Email)

828173