Joseph Will Birch  
66 Hetton Court  
Glassboro, New Jersey 08028

October 31, 2007

RECEIVED  
NOV - 1 2007

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
District Of Delaware  
844 King Street  
Wilmington, Delaware 19801  
Re: Joseph Birch v. E. I. du Pont de Nemours and Company, Inc.,  
C.A. No. 05-799-JJF

Dear Judge Farnan:

I am contacting you again to inform that Ms. Diluzio is not providing me the courtesy of moving forward with "Plaintiff Deposition."

Plaintiff Deposition was scheduled for October 24, 2007.

I faxed and mailed a letter to Ms. Diluzio and copied the District Court explaining that I had the responsibility of taking care of my two boys and could not make the scheduled time.

I re-scheduled for Monday October 29, 2007.

I did not receive any correspondence from Ms. Diluzio concerning this change, so I had re-written a letter explaining to her that Mondays were best for me due to my schedule, and re-scheduled for Monday October 05, 2007.

Ms. Diluzio replied explaining to me that she is going to petition the courts to dismiss my case.

I am again petitioning yourself and the courts to please consider my claim and thus allow me to move forward with "Plaintiff Deposition" and the remaining schedule outlined for this case.

I am consistently making progress towards my claim and would not want my case dismissed as that would deter my progression.

I appreciate your consideration concerning my claim and again apologize for any inconvenience experienced.

Thank you for your time and attention concerning this matter.

*[signature]*
Joseph Will Burch



Joseph W. Birch
66 Hetton Court
Glassboro, N.J. 08028

The Honorable Joseph J. Farnan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801