Joseph Will Birch  
66 Hetton Court  
Glassboro, New Jersey 08028

December 04, 2007



The Honorable Joseph J. Farnan, Jr.  
United States District Court  
District Of Delaware  
844 King Street  
Wilmington, Delaware 19801  
Re: Joseph Birch v. E. I. du Pont de Nemours and Company, Inc.,  
C.A. No. 05-799-JJF

Dear Judge Farnan:

I am contacting you once again to inform that Ms. Diluzio did not provide me the courtesy of moving forward with "Plaintiff Deposition."

Plaintiff Deposition was scheduled for October 24, 2007.

I faxed and mailed a letter to Ms. Diluzio and copied the District Court explaining that I had the responsibility of taking care of my two boys and could not make the scheduled time.

I re-scheduled for Monday October 29, 2007.

I did not receive any correspondence from Ms. Diluzio concerning this change, so I had re-written a letter explaining to her that Mondays were best for me due to my schedule, and re-scheduled for Monday October 05, 2007.

Ms. Diluzio replied explaining to me that she is going to petition the courts to dismiss my case.

I am again petitioning the courts to please consider my claim and thus allow me to move forward with "Plaintiff Deposition" and the remaining schedule outlined for this case.

I am consistently making progress towards my claim and would not want my case dismissed as that would deter my progression.

I have as well key witnesses that I feel would be beneficial and pertinent to the success in presenting my position concerning this case.

I appreciate your consideration concerning my claim and again apologize for any inconvenience experienced.

Thank you for your time and attention concerning this matter.

Joseph Will Birch



Joseph Will Birch
66 Hetton Court
Glassboro, N.J. 06028

SOUTH JERSEY NJ 080
04 DEC 2007 PM 3 T

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801