IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH BIRCH, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 05-799-JJF |
| E.I. DUPONT DE NEMOURS & CO., INC., | : |
| Defendant. | : |

**O R D E R**

At Wilmington, this 11 day of December, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Renewed Motion To Dismiss pursuant to Federal Rules of Civil Procedure 37 and 41 (D.I. 27) is **GRANTED** and the case is **DISMISSED**.

2. The Clerk of the Court is directed to **CLOSE** this case.

_____
UNITED STATES DISTRICT JUDGE